**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JASON LEE BRYSON,                                                                                         PLAINTIFF
ADC #116940

v.                                              No. 2:11CV00031 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                                 DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 13th day of April, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE